**Petition for Writ of Mandamus Denied, in Part, and Dismissed, in Part, and Memorandum Opinion filed October 24, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00530-CV

## IN RE QUANTUM HOSPITALITY, LLC, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-45760**

## MEMORANDUM OPINION

On July 8, 2019, relator Quantum Hospitality, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Donna Roth, presiding judge of the 295th District Court of Harris County, to set aside her January 14, 2019, March 8, 2019, and May 16, 2019 written orders striking the counter-affidavits of two of relator's experts. *See* Tex. Civ. Prac. & Rem. Code Ann.

§ 18.001.  Relator has not established that it is entitled to mandamus relief with respect to the orders striking the counter-affidavits.

Relator also asks this court to compel Judge Roth to set aside her April 1, 2019 oral order compelling relator to produce of the financial information of one of its experts.  Real party in interest re-noticed the deposition of the expert without asking for the financial information.  This issue is now moot, and we lack jurisdiction over this request.

Accordingly, we deny relator's petition for writ of mandamus, in part, and dismiss it, in part.  We lift our stay entered on July 19, 2019.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.